FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

October 13, 2022

No. 04-22-00361-CV

**IN THE INTEREST OF M.I.M., A.J.M.**, Children

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2013-04-29187-CV
Honorable Sid L. Harle, Judge Presiding

# O R D E R

On October 13, 2022, appellant timely filed an unopposed motion requesting an extension of time to file appellant's brief. Appellant's motion is GRANTED. Appellant's brief is due **no later than November 18, 2022**

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of October, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court